## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

**JEAN FAUST**                                                                 BK. No. 19-17709-amc

            **Debtor**

                                 **Chapter No. 07**

**QUICKEN LOANS INC.**                                        :

            **Movant**                                        :

            **v.**                                                    :

**JEAN FAUST**

            **and**                                            **11 U.S.C. §362**

 **BONNIE B. FINKEL (TRUSTEE)**

            **Respondents**

## ORDER MODIFYING §362 AUTOMATIC STAY

      **AND NOW**, this         day of                  , 2020, at **PHILADELPHIA**, upon Motion of **QUICKEN LOANS INC.** (Movant), it is:

      **ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

      **ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 143 DURFOR STREET, PHILADELPHIA, PA 19148(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage.


**Date: March 16, 2020**                                    _____

                                 ASHELY M. CHAN, BANKRUPTCY JUDGE


BONNIE B. FINKEL, ESQUIRE                JEAN FAUST
(TRUSTEE)                                          7 MAC ARTHUR BLVD
P.O. BOX 1710                                      APT. N 1513
CHERRY HILL, NJ 08034                       HADDON TOWNSHIP, NJ 08108

MICHAEL A.COHEN, ESQUIRE
2113 SNYDER AVE.
PHILADELPHIA, PA 19145

UNITED STATES TRUSTEE
200 CHESTNUT STREET, SUITE 502
PHILADELPHIA, PA 19106